File Hashes for IP Address 69.143.138.21

**ISP:** Comcast Cable
**Physical Location:** Arlington, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/16/2014 10:18:16 | 5612B6644244B6DA8CCB3EE46164EBE96C0220E0 | Thunderstorm Love |
| 08/11/2014 14:03:48 | 089330FBBDFB58C26188A2DD5DDB5F9106CBB73C | In the Blind |
| 08/04/2014 21:16:02 | 874A2891B4C21EDF0EF1C4DFA7AB0FC082648EC5 | Any And All For You |
| 08/04/2014 21:16:00 | 8E2ABD766FAD8E3A12FC302B013932415FDDD6FD | Paint Me Beautiful |
| 07/31/2014 21:34:46 | F7FAFED627CC028ACA02887C7199AC8CCCCB8428 | Carry Me Home |
| 07/11/2014 15:59:15 | 221154C63C9318CCC8402F0580BBE4E83F5F6161 | Sweet Awakening |
| 07/08/2014 00:36:39 | 02744D186E0956E552C9AD10D76F915C46AA2D0C | Chloe Loves Carl Part 2 |
| 06/20/2014 13:04:47 | 5D7F3D57745367656D4B88D0D17F72C3A28617C5 | Enjoy My Backdoor |
| 06/20/2014 03:07:55 | 8D357CC8A76374C2534F5B6C92DFA6373DD18A48 | Coming Late |
| 06/13/2014 09:41:22 | C84CEE035F21CF4AD3452F4ED6893F25FEDAB2CC | Go Down On Me |
| 06/13/2014 07:09:42 | 676D3A4A4F169A41FB7097F347320A6574E601D3 | Dancing Romance |
| 06/08/2014 01:12:26 | 84ABF3B1B881BF16E463DEE19669223AB87B562F | Sex With Glasses |
| 05/12/2014 01:40:24 | 06AC7448218B6AC5F63B777630398DDCCD763FEC | Rope Priority |
| 05/05/2014 01:57:47 | 3C7DD8FEFFE1AF59D6D826F33A824570776B024D | Brazilian Love Affair |
| 04/28/2014 18:33:29 | 3542245478B697421CB83A50CAA80BB4E196A16C | Tantric Massage |
| 04/28/2014 18:33:03 | 8619A6088CFB55AACFD01D55DC3E5E1520CF858A | Surprise Surprise |
| 04/21/2014 13:13:26 | D7967F3B32132CF925D535059A208B2FA4DEB59F | Group Sex |
| 04/18/2014 13:27:29 | 6D49FF84A616C511D7546281E353CF1102501445 | Double Tease |
| 04/11/2014 11:45:24 | BE8D1D6FC734C53D97F77FDE5769D86B2DE01DCF | Floating Emotions |
| 03/24/2014 07:12:21 | A1AD1EFC25ECACCAF835F06862CEB5EC40D1289F | Deep Blue Passion |
| 03/23/2014 22:00:05 | B5B43E4DB872B1542BE930D603EE869ECBF0AE6D | Trophy Wife |
| 03/23/2014 20:55:48 | D0C370A2CE5A1D80F4D913E2214E997EB801D658 | All Oiled Up |

EXHIBIT A

EVA91

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/12/2014 21:34:18 | 8C6F7B93472842C4DBD081201056822BEF60C625 | Sweet Dreamers |

Total Statutory Claims Against Defendant: 23

EVA91

EXHIBIT A