AO 440 (Rev. 06/12) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

2014 DEC 12  A 11: 16

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Malibu Media, LLC )
)
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 1:14-cv-01168-CMH-TCB
)
Michael Cook )
)
)
)
_____ )
*Defendant(s)* )

AMENDED COMPLAINT
SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael Cook
305 10th Street S, Apt. 4421
Arlington, VA 22202-5442


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William E. Tabot, Esquire
Maddox, Hoppe, Hoofnagle & Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
(301) 341-2580

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: _____        _____
                                      *Signature of Clerk or Deputy Clerk*