**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                                      Civil Action No. 1:14-cv-01168-CMH-TCB

MICHAEL COOK,

    Defendant,
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF MICHAEL COOK**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Michael Cook ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. Michael Cook was assigned the IP address 69.143.138.21. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Michael Cook has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  February 4, 2015

                                                      Respectfully submitted,

                                                      By:   /s/ *William E. Tabot*
                                                      William E. Tabot PC
                                                      9248 Mosby Street
                                                      Manassas, VA 20110-5038
                                                      Phone: 703-530-7075
                                                      Email: wetabotesq@wetlawfirm.com
                                                      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 4, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By:  /s/ *William E. Tabot*_____
      William E. Tabot